

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
### FORT WORTH

## NO. 02-13-00341-CV

IN RE BYRON WALKER                                                    RELATOR

------------

## ORIGINAL PROCEEDING

------------

## MEMORANDUM OPINION[1]

------------

The court has considered relator's petition for writ of mandamus and is of the opinion that relief should be denied. Accordingly, relator's petition for writ of mandamus relief is denied.[2]

PER CURIAM

PANEL: GARDNER, WALKER, and MEIER, JJ.

DELIVERED: November 8, 2013

---

[1]See Tex. R. App. P. 47.4, 52.8(d).

[2]See In re Blevins, No. 12-0636, 2013 WL 5878910, at *2 (Tex. Nov. 1, 2013) (orig. proceeding) (holding that when a respondent judge has been recused, a court of appeals has discretion to deny the petition for writ of mandamus).